UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JAMES JEFFERSON KENNER,      ) | 3:14-cv-00637-MMD-WGC |
| ) | |
| Plaintiff,      ) | **MINUTES OF PROCEEDINGS** |
| ) | |
| vs.      ) | February 18, 2016 |
| ) | |
| JEROME M. PALOHA, *et al.,*      ) | |
| ) | |
| Defendants.      ) | |
| _____) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>Katie Lynn Ogden</u>      REPORTER:   <u>        FTR        </u>

COUNSEL FOR PLAINTIFF:  <u>No Appearance</u>

COUNSEL FOR DEFENDANTS:  <u>Frederick Perdomo (obo: Jerome M. Paloha) and</u>

<u>Mary Kandaras obo Herbert B. Kaplan (obo: Maizie W. Pusich and Justin Champagne)</u>

**MINUTES OF PROCEEDINGS: Motion Hearing**

    There is no appearance on behalf of the plaintiff James Jefferson Kenner.  Ms. Ogden confirms the minute order scheduling today's motion hearing was sent to the address listed on the Notice of Electronic Filing ("NEF").  (ECF No. 22.)  Ms. Ogden further confirms the docket does not reflect any mail returned to the court due to an incorrect or insufficient address for Mr. Kenner.

    The court proceeds with today's hearing to address Defendant Jerome Polaha's Motion to Stay Discovery Pending Ruling on Motion to Dismiss (ECF No. 20 ) and the joinder to the motion filed by defendants Pusich and Champagne (ECF No. 21).

    The court requests counsel for defendants Pusich and Champagne to elaborate on their position as to a request to stay discovery pending resolution of the pending dispositive motions.

    After reviewing defendant Judge Polaha's motion to stay and hearing from counsel, the court finds sufficient grounds to consider there is a reasonable likelihood the motions to dismiss filed by defendants Pusich and Champagne (ECF No. 9) and defendant Judge Paloha (ECF No. 11) will be granted and Plaintiff's motions for summary judgment (ECF Nos. 14 & 15)

1

Minutes of Proceedings
3:14-cv-00637-MMD-WGC
February 18, 2016

will be denied.  Therefore, the motion to stay discovery (ECF No. 20) is **GRANTED**.  Discovery will be stayed pending resolution of the dispositive motions.

The court schedules a status conference for **Tuesday, March 22, 2016, at 10:00 a.m.** Plaintiff Kenner's attendance is **mandatory** for the status conference.  Should Mr. Kenner not attend the status conference, the court will enter an order to show cause why this action should not be dismissed for failure to comply with court orders and lack of prosecution on behalf of the Plaintiff.

There being no additional matters to address at this time, court adjourns at 11:11 a.m.

**IT IS SO ORDERED.**

                                              LANCE S. WILSON, CLERK

                                              By: _____/s/_____
                                                   Katie Lynn Ogden, Deputy Clerk