AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*           DISTRICT OF   NEVADA

JAMES JEFFERSON KENNER,

    Plaintiff,           JUDGMENT IN A CIVIL CASE

  v.

                         CASE NUMBER:   3:14-cv-00637-MMD-WGC

JEROME M. POLAHA, et al.

    Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** Defendants Pusich and Champagne's Motion to Dismiss (ECF No. 9) is granted. All claims against them are dismissed with prejudice.

    **IT IS FURTHER ORDERED** that Defendant Judge Polaha's Motion to Dismiss (ECF No. 11) is granted. All claims against him are also dismissed with prejudice.


September 20, 2016                          **LANCE S. WILSON**
                                                     Clerk

                                                  /s/ K. Walker
                                                  Deputy Clerk